# CLINTON BROOK & PEED
—— NEW YORK | NEW JERSEY | WASHINGTON DC ——

**BRIAN C. BROOK**
BRIAN@CLINTONBROOK.COM

101 HUDSON STREET
SUITE 2100
JERSEY CITY, NJ 07302
TEL: (201) 992-1000
FAX: (646) 257-2887

May 1, 2018

**By ECF**

The Honorable James B. Clark, III
United States Magistrate Judge
District of New Jersey
U.S. Courthouse
2 Federal Square, Room 369
Newark, NJ 07101

    RE:    **Eric Inselberg, et al. v. Frank Bisignano, et al.**
             2:16-cv-317 (KM) (JBC)

Dear Judge Clark:

I write to advise the Court that the parties have settled the March 9, 2018, motion for attorney's fees and expenses that is currently returnable May 7, 2018.

We thank the Court for its attention to this matter, which is now closed.

Respectfully submitted,

/s Brian C. Brook

_____
Brian C. Brook

cc: All counsel

*Dkt. No. 37 is TERMINATED.

SO ORDERED
s/James B. Clark
James B. Clark, U.S.M.J.
Date: 5/2/2018

WWW.CLINTONBROOK.COM